CHARLES E. HIGHAM, Respondent, *v.* SIDNEY DILLON et al., Appellants.

(Argued October 4, 1878; decided November 12, 1878.)

*Alexander Thain* for appellants.

*Charles Crary* for respondent.

AGREE to affirm.   No opinion.

All concur, except MILLER and EARL, JJ., absent.

Judgment affirmed.

---

IN THE MATTER OF THE PETITION OF JULIUS LE BLANC.

(Submitted November 12, 1878; decided November 19, 1878.)

(REPORTED below, 14 Hun, 8.)

*W. W. Macfarland* for Hugh J. Jewett, receiver, etc., appellant.

*S. W. Holcomb* for petitioner respondent.

Agree to affirm.   No opinion.

All concur, except RAPALLO and HAND, JJ., not voting.

Order affirmed.